UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMEL DALLUGE,<br><br>   Petitioner,<br><br>   v.<br><br>MAGGIE MILLER-STOUT,<br><br>   Respondent. | NO. CV-08-171-CI<br><br>**JUDGMENT** |

**DECISION BY THE COURT:**

This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Court **ADOPTS** the Report and Recommendation. Respondent's Motion to Dismiss is **GRANTED**. The Petition for Writ of Habeas Corpus is **DISMISSED WITHOUT PREJUDICE**, and Judgment is entered for Respondent.

DATED this 6th day of April, 2009.

JAMES R. LARSEN
District Court Executive/Clerk

s/ L. Stejskal, Deputy Clerk